AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

NELSON A. ADIBE,

**WARRANT FOR ARREST**

Case Number: 08-39-M

SEALED ~~SEALED~~ Unsealed on 2/14/08

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      NELSON A. ADIBE
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

BANK FRAUD, et al.

in violation of Title   18, et al.,   United States Code, Section(s)   1344, et al.

PETER T. DALLEO
Name of Issuing Officer

[signature] – Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

at WILMINGTON, DE
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Rosedale, MD 21237

| DATE RECEIVED 2/13/08 | NAME AND TITLE OF ARRESTING OFFICER Kenny Freeland, Postal Inspector | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 2/14/08 | | |