IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICY OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Case No. 08-39-M |
| ) | |
| NELSON A. ADIBE,     ) | |
| ) | |
| Defendant.     ) | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

To:    Clerk, U.S. District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE  19801

**PLEASE** withdraw the appearance of Keir Bradford, Esquire as attorney of record and enter the appearance of Charles E. Butler, Esquire as attorney on behalf of Defendant, Nelson A. Adibe, in the above-captioned matter.

February 25, 2008                              /s/ Charles E. Butler
                                                        CHARLES E. BUTLER
                                                        1224 North King Street
                                                        Wilmington, Delaware  19801
                                                        (302) 655-4100

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICY OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-39-M |
| | ) |
| NELSON A. ADIBE, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on February 25, 2008, I served a copy of the foregoing Entry of Appearance via electronic filing to:

Keir Bradford, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

    - and -

Christopher J. Burke, AUSA
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046

    /s/ Charles E. Butler
    CHARLES E. BUTLER